IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH TELFAIR NEWSOME, II, )
)
    Petitioner, )
)
v. ) CASE NOS. CV408-004
)           CR404-309
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 27), to which objections have been filed (Doc. 32). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Accordingly, the Court **ADOPTS** the same as its Opinion. Petitioner's § 2255 Motion is **DENIED** and the **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE.**

SO ORDERED this 3rd day of May, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA